UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                  16-CR-123 (LDH)

GINO GABRIELLI,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

        PLEASE TAKE NOTICE that Assistant United States Attorney Nicholas J.

Moscow from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter

should be sent to:

        Assistant U.S. Attorney Nicholas J. Moscow
        United States Attorney's Office (Criminal Division)
        271-A Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6212
        Fax:  (718) 254-6321
        Email: nicholas.moscow@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Nicholas J. Moscow at the email address set forth above.

Dated:   Brooklyn, New York
         March 13, 2022

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

                           By:      /s/ Nicholas J. Moscow
                                    Nicholas J. Moscow
                                    Assistant U.S. Attorney

cc:      Clerk of the Court (LDH)