

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NJM
F. #2016R00119

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 18, 2022

<u>By ECF</u>

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Gino Gabrielli
<u>Criminal Docket No. 16-123 (LDH)</u>

Dear Judge DeArcy Hall:

        The government respectfully writes to request an adjournment of the sentencing schedule set on April 27, 2022.  The parties have not yet received a Presentence Investigation Report ("PSR")from the United States Probation Office ("Probation"), in light of a backlog of PSRs.  Accordingly, on July 19, 2022, Probation moved for an adjournment of the sentencing date and the PSR disclosure date.

        The government has conferred with Probation and expects that Probation will disclose the PSR the week of September 19, 2022.  To ensure that the parties have adequate time to review the report, the government accordingly requests that the government's sentencing submission be due October 7, 2022; the defendant's response October 21, 2022; and the sentencing occur at  any time thereafter that is suitable for the Court.

The government has conferred with counsel for the defendant, who does not object to this request.

Respectfully submitted,

BREON PEACE
United States Attorney

By:      /s/
Nicholas J. Moscow
Lindsey R. Oken
Assistant U.S. Attorneys
(718) 254-6212 / 6516

Cc:    Samuel Braverman, Esq. (by email)
       U.S. Probation Officer Shayna Bryant (by email)