

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NJM
F. #2016R00119

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 26, 2022

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Gino Gabrielli
                   Criminal Docket No. 16-123 (LDH)

Dear Judge DeArcy Hall:

      The government respectfully writes to request an adjournment of the date for the government's sentencing submission, which is presently due on October 28, 2022. The undersigned Assistant United States Attorney was ill and unable to work on the sentencing submission for two weeks in October 2022. Accordingly, the government requests a one-week extension until November 4, 2022. This extension would not affect the date of the defendant's letter, which is due November 30, 2022.

      The government has conferred with counsel for the defendant, who does not object to this request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
      Nicholas J. Moscow
      Assistant U.S. Attorney
      (718) 254-6212

Cc:    Samuel Braverman, Esq. (by email)
        U.S. Probation Officer Shayna Bryant (by email)